An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LAMAAR ALEXANDER,
INDIVIDUALLY AND D/B/A LAS
VEGAS CONFIDENTIAL PROMOTERS,
Appellant,
vs.
AMERICAN AUTO SHIELD,
Respondent.

No. 65171

**FILED**

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is a pro se appeal from a district court order granting a motion to dismiss in an insurance bad faith and tort action. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

The district court dismissed appellant's complaint on the basis that it did not meet the $10,000 jurisdictional limit for a district court action. Having considered the parties' arguments and the record on appeal, we conclude that the district court erred in dismissing appellant's complaint. *Buzz Stew, LLC v. City of N. Las Vegas*, 124 Nev. 224, 227-28, 181 P.3d 670, 672 (2008) (holding that this court reviews de novo an order granting an NRCP 12(b)(5) motion to dismiss, accepting all factual allegations in the complaint as true, and drawing all inferences in the plaintiff's favor). In particular, as appellant asserted contract, tort, and fraud-based claims in his complaint and alleged that he incurred in excess of $50,000 in general damages and additionally sought punitive damages based on respondent's actions, the district court erred in dismissing his complaint based on failure to meet the district court's

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34629

$10,000 jurisdictional threshold limit.[1]  *Buzz Stew, LLC*, 124 Nev. at 227-28, 181 P.3d at 672.  Accordingly, we

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:     Hon. Rob Bare, District Judge
        Lamaar Alexander
        McCormick, Barstow, Sheppard, Wayte & Carruth, LLP/Las Vegas
        Eighth District Court Clerk

---

[1]Although the district court's order indicates that respondent's motion to dismiss was granted in its entirety, the only basis for the dismissal articulated in the order and at the hearing on the motion was the failure to meet the minimum jurisdictional threshold limit.